No. 43. ALBRECHT *v.* HERALD CO., DBA GLOBE-DEMOCRAT PUBLISHING Co. C. A. 8th Cir. (Certiorari granted, 386 U. S. 941.) Further consideration of motion of respondent to dismiss writ of certiorari postponed to hearing of case on the merits. *Lon Hocker* on the motion. *Donald S. Siegel* and *Gray L. Dorsey* for petitioner in opposition.

No. 85. UNITED STATES *v.* JACKSON ET AL. Appeal from D. C. Conn. (Probable jurisdiction noted, 387 U. S. 929.) Motion of appellee Jackson for leave to proceed further herein *in forma pauperis* granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion. *Steven Duke* and *Stephen I. Traub* on the motion.

No. 86. UNITED STATES *v.* THIRD NATIONAL BANK IN NASHVILLE ET AL. Appeal from D. C. M. D. Tenn. (Probable jurisdiction noted, 388 U. S. 905.) Motion of Comptroller of the Currency to remove case from summary calendar granted. MR. JUSTICE FORTAS and MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion. *Joseph J. O'Malley* on the motion for appellee Comptroller of the Currency.

No. 90 et al. PERMIAN BASIN AREA RATE CASES. C. A. 10th Cir. (Certiorari granted, 388 U. S. 906.) Motion of Associated Gas Distributors Group for leave to file brief, as *amicus curiae,* granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion. *J. David Mann, Jr.,* and *John E. Holtzinger, Jr.,* on the motion.

No. 147. K-91, INC. *v.* GERSHWIN PUBLISHING CORP. ET AL. C. A. 9th Cir. The Solicitor General is invited to file a brief expressing the views of the United States.